UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARY DUROSS, | ) | |
| Plaintiff, | ) ) ) | 2:11-cv-00911-PMP-CWH |
| v. | ) ) | |
| BANK OF AMERICA, NA, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

There having been no action in this case since the Response to Order to Show Cause (Doc. #24) dated December 28, 2011,

IT IS ORDERED that this case is hereby DISMISSED.

DATED: February 25, 2013

PHILIP M. PRO
United States District Judge